**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 2:16-CV-871-RWS |
| v. | |
| KASPERSKY LAB, INC., | |
| Defendant. | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

In accordance with the applicable Federal and Local Rules, Casey A. Kniser, counsel for Defendant Kaspersky Lab, Inc., provides notice to the Court and other counsel of record of his change of firm affiliation and contact information. New contact information for Mr. Kniser is as follows:

Casey A. Kniser
Zuber Lawler & Del Duca LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 596-5620

Dated: June 13, 2019

Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

***Attorney for Defendant***
***Kaspersky Lab, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of June, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Harry L. Gillam, Jr.*
                                          Harry L. Gillam, Jr.